JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Executive Car Leasing Co., a New Jersey Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-00464-PA-AFM<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 16, 2019<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against Executive Car Leasing Co., a New Jersey Limited Liability Company ("Defendant").

Dated: May 08, 2020

　　　　　　　　　　　　　　　　　　Hon. Percy Anderson
　　　　　　　　　　　　　　　　　　Judge, United States Court
　　　　　　　　　　　　　　　　　　Central District of California

---

1